E-FILED
Monday, 18 April, 2005  03:42:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office<br>Cases on Attached Exhibit A<br><br>Plaintiffs,<br><br>v.<br><br>Industrial Holdings Co. and Carborundum Co.<br><br>Defendants. | Case No. See Exhibit A |

FILED
APR 18 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO DISMISS DEFENDANTS INDUSTRIAL HOLDINGS AND CARBORUNDUM FROM PLAINTIFFS' LAWSUITS

Now come plaintiffs by their attorney, Michael Cascino, and move to dismiss the defendants Industrial Holdings Co. and Carborundum Co. from each of their asbestos lawsuits without awarding costs and each plaintiff is given a 'green card' in the event that a malignancy later develops. In support thereof, plaintiffs state:

1. Plaintiffs have alleged non malignant asbestos diseases from in part defendants Industrial Holding and Carborundum's grinding wheels.

2. Defendants Industrial Holdings and Carborundum have represented via studies by Dr. Longo that exposures to asbestos from defendants' grinding wheels is de minimus.

3. Plaintiffs agree to drop defendants Industrial Holdings and Carborundum from their lawsuits.

4.  Defendants Industrial Holdings and Carborundum agree that in the event any plaintiff herein develops a malignancy in the future, that said plaintiff can again bring a lawsuit against said defendants.

**WHEREFORE,** plaintiffs pray this Honorable Court enter the attached order.

_____
Michael Cascino


Michael Cascino
Attorney for Plaintiffs
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600

# Exhibit A

Green Card Dismissals - Central District of Illinois, Peoria District

| Last | First | Case# | FilingState | Circuit/Dist | Division |
|---|---|---|---|---|---|
| Hamann | Kenneth | 00-01004 | IL | CENTRAL | PEORIA |
| Quiggins | Floyd | 00-01277 | IL | CENTRAL | PEORIA |
| Swearingen | Charles | 00-01278 | IL | CENTRAL | PEORIA |
| Sanders | Gerald | 00-1002 | IL | CENTRAL | PEORIA |
| Hess | Roy | 00-1003 | IL | CENTRAL | PEORIA |
| West | Merle | 00-1005 | IL | CENTRAL | PEORIA |
| Cochran | Charles | 00-1008 | IL | CENTRAL | PEORIA |
| Landers | Ronald | 00-1009 | IL | CENTRAL | PEORIA |
| Alsene | Delmar | 00-1011 | IL | CENTRAL | PEORIA |
| Thurman | Ernest | 00-1012 | IL | CENTRAL | PEORIA |
| Jackson | William | 00-1013 | IL | CENTRAL | PEORIA |
| Tzinares | George | 00-1030 | IL | CENTRAL | PEORIA |
| Vermillion | Robert | 00-1213 | IL | CENTRAL | PEORIA |
| Brooks | Ray | 00-1214 | IL | CENTRAL | PEORIA |
| Helfers | Carl | 00-1234 | IL | CENTRAL | PEORIA |
| Henson | Frank | 00-1235 | IL | CENTRAL | PEORIA |
| Otto | Wayne | 00-1389 | IL | CENTRAL | PEORIA |
| Hoelzel | George | 00-1457 | IL | CENTRAL | PEORIA |
| Schurtz | Michael | 96-1112 | IL | CENTRAL | PEORIA |
| Stoecker | Franklin | 96-1113 | IL | CENTRAL | PEORIA |
| Burns | Jack | 96-1136 | IL | CENTRAL | PEORIA |
| Knobloch | Robert | 96-1138 | IL | CENTRAL | PEORIA |
| Frazee | Ned | 96-1141 | IL | CENTRAL | PEORIA |
| Moore | Eugene | 96-1143 | IL | CENTRAL | PEORIA |
| Miller | Kenneth | 96-1144 | IL | CENTRAL | PEORIA |
| Kuhl | Wilbur | 96-1145 | IL | CENTRAL | PEORIA |
| Ratliff | George | 96-1150 | IL | CENTRAL | PEORIA |
| Jennings | Billy | 96-1152 | IL | CENTRAL | PEORIA |
| Meischner | Leonard | 96-1153 | IL | CENTRAL | PEORIA |
| Eertmoed | Louis | 96-1154 | IL | CENTRAL | PEORIA |
| Castros | Arol | 96-1155 | IL | CENTRAL | PEORIA |
| Mayfield | Henry | 96-1157 | IL | CENTRAL | PEORIA |
| Farris | Billie | 99-1112 | IL | CENTRAL | PEORIA |
| Rogers | John | 99-1204 | IL | CENTRAL | PEORIA |
| Seifert | William | 99-1289 | IL | CENTRAL | PEORIA |
| Fisher | Pascal | 99-1292 | IL | CENTRAL | PEORIA |
| Liesse | Francis | 99-1293 | IL | CENTRAL | PEORIA |
| Kalis | Robert | 99-1294 | IL | CENTRAL | PEORIA |
| Foust | Erston | 99-1295 | IL | CENTRAL | PEORIA |
| Neubaum | Calvin | 99-1299 | IL | CENTRAL | PEORIA |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| All Cascino Vaughan Law Office Cases on Attached Exhibit A<br><br>Plaintiffs,<br><br>v.<br><br>Industrial Holdings Co. and Carborundum Co.<br><br>Defendants. | Case No. See Exhibit A |

## AGREED ORDER

These matters having been brought pursuant to plaintiffs' motion to dismiss only defendants Industrial Holdings Co. and Carborundum Co. from their lawsuits by agreement of the plaintiffs and said defendants that said dismissal is without costs and in the event any plaintiff later develops an asbestos related malignancy, said plaintiff may bring a new lawsuit against said defendants subject to the applicable statute of limitations for such malignancy.

_____            _____
Honorable Charles Weiner                                Date